[Crim. No. 2510. First Dist., Div. One. Dec. 11, 1947.]

In re ROSA LACY, on Habeas Corpus.

Lucille F. Athearn for Petitioner.

No appearance for Respondent.

THE COURT.— Petitioner seeks to determine, through habeas corpus proceeding, the property rights of Rosa Lacy growing out of a marriage agreement and subsequent divorce in which the superior court determined such property rights. It appears, from the petition, that the superior court had jurisdiction over the person and the subject matter. Under such circumstances petitioner's remedy is not by habeas corpus.

The petition for writ of habeas corpus is denied.